PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4822
    E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE ANN MILLER,<br><br>        Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security<br><br>        Defendant. | Case No.: 2:24-cv-00156-CKD<br><br>STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision. The parties agree that no specific aspect of the Commissioner's final decision is affirmed.

    On remand, the Commissioner will offer Plaintiff the opportunity for a hearing; reconsider the pertinent issues, including, but not limited to, reconsidering the medical opinions and prior administrative medical findings; develop the record as necessary; and issue a new

decision.  The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

                                              Respectfully submitted,

DATE: May 16, 2024                            /s/ *Jane W. Cervantes* *
                                              JANE W. CERVANTES,
                                              Attorney for Plaintiff
                                              (* approved via email on 5/14/24)

                                              PHILLIP A. TALBERT
                                              United States Attorney

DATE: May 16, 2024                 By    *s/ Marcelo Illarmo*
                                              MARCELO ILLARMO
                                              Special Assistant United States Attorney

                                              Attorneys for Defendant

## **ORDER**

     Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

Dated:  May 20, 2024

                                              CAROLYN K. DELANEY
                                              UNITED STATES MAGISTRATE JUDGE